# United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MUHAMMAD ABDUL AZIZ BIN YAHYA,

      Defendant.

Case No.: CR 09-00203-CW-27 (KAW)

ORDER OF DETENTION PENDING
SUPERVISED RELEASE VIOLATION
HEARING

On November 30, 2011, Defendant Muhammad Abdul Aziz Bin Yahya was convicted of one violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(iii, (b)(1)(D) (conspiracy to manufacture, distribute, and possess with intent to distribute crack cocaine and marijuana). He was sentenced to 46 months in custody and five years of supervised release.

The Amended Form 12 follows the July 8, 2013 Form 12 by adding four additional violations. The Amended Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he not commit another federal, state or local crime, that he not use any controlled substances, that he notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer, that he follow the instructions of the probation officer, that he permit a probation officer to visit him at any time at home or elsewhere, that he participate in a program of testing and treatment for alcohol and drug abuse as directed by his probation officer, that he not leave the judicial district without the permission of the court or his probation officer, that he not associate with any persons engaged in criminal activity, and that he provide his true identity at all times.

At the October 1, 2013 hearing before this Court, Defendant, who was in custody and represented by K.C. Maxwell, waived his right to proffer information at a detention hearing, and

United States District Court
Northern District of California

United States District Court
Northern District of California

1   waived findings, while retaining his right to seek release at a later hearing should his

2   circumstances change.  Assistant United States Attorney Garth Hire appeared on behalf of the

3   United States.  Probation officer Esmerelda Gupton was also present.

4        The Court hereby detains Defendant, but because he has waived his right to present

5   information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

6   later hearing, the Court orders that the hearing may be reopened at Defendant's request at any

7   future time.

8        Defendant shall remain committed to the custody of the Attorney General for confinement

9   in a corrections facility separate, to the extent practicable, from persons awaiting or serving

10  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

11  opportunity for private consultation with counsel.  On order of a court of the United States or on

12  request of an attorney for the Government, the person in charge of the corrections facility in

13  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of

14  an appearance in connection with a court proceeding.

15       IT IS SO ORDERED.

16  Dated: October 2, 2013

17                                              KANDIS A. WESTMORE
18                                              United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2